ACCEPTED
01-15-00421-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/17/2015 6:01:09 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00421-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/17/2015 6:01:09 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOR THE FIRST
JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS**

**ALBERT LYNCH, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 339th
Judicial District Court
Harris County, Texas
Trial Court Cause No. 1314602**

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, ALBERT LYNCH, Appellant and files this, his second Motion to Extend Time to File Appellant's Brief and for good cause would show the Court as follows:

Appellant's brief is due on September 21, 2015. Appellant's counsel requests a thirty (30) day extension of the deadline in which to file this brief. Appellant's counsel has been busy working on other matters in the last thirty (60)

days alongside Appellant's brief in this cause. The matters counsel has been working on are as follows:

I

1. *United States v. Sohani,* cause number 1:13-CR-305-12 in the District Court for the Western District of Texas. This case involves a multi-defendant conspiracy to distribute synthetic marijuana. The Defendant pled guilty in this case, and sentencing was conducted on September 15, 2015. Counsel spent a great deal of time preparing for that sentencing over the last 60 days – including objections to the PSR, sentencing memorandum, motions for departure from the guidelines, debriefing with the Government, and gathering/reviewing records of Defendant's business.

2. *State v. Gutierrez,* cause number 1364841 in the 339th District Court of Harris County, Texas. The Defendant in this case was charged with Murder, and the case was set for trial on September 4, 2015. Trial Counsel spent a large amount of time getting ready for this trial over the last 60 days.

3. *State v. Dennes,* cause number 0750313 out of the 263rd District Court for Harris County, Texas. Counsel represented the Defendant in this case back in 1997 where the Defendant received the death penalty after being found guilty of Capital Murder. Recently, another attorney has filed a federal writ of habeas corpus on the Defendant's behalf. Counsel has been spent time

working alongside habeas counsel in order to construct affidavits and assist in the writ process over the last few weeks.

4. *United States v. John E. Carter,* cause number 14-20485, an appeal out of the United States Court of Appeals for the 5ᵗʰ Circuit. This case involves an appeal after a conviction for tax fraud out of the Southern District of Texas – Houston Division. This case is set for oral argument on October 8, 2015. Counsel has spent time over the last 60 days getting prepared for this upcoming oral argument.

## II

Appellant in this cause is appealing a conviction for Capital Murder. Counsel is requesting additional time so that he may fully develop all issues presented at Appellant's trial and effectively represent the Appellant.

WHEREFORE, PREMISES CONSIDERED, appellant respectfully prays that this court grant this motion and extend the time for filing his brief for thirty (30) days until October 21, 2015.

Respectfully submitted,

WENDELL A. ODOM, JR.
Texas Bar No. 15208500
440 Louisiana Street, Suite 200
Houston, Texas 77002
(713) 223-5575
(713) 224-2815 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was delivered to the Court of Appeals, a copy being faxed to the Assistant District Attorney in this cause on this the 17th day of September, 2015.

WENDELL A. ODOM, JR.

4

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

On this day personally appeared **WENDELL A. ODOM, JR.,** who stated under oath as follows:

"My name is WENDELL ODOM. I am the attorney of record for the Appellant in this cause. I have read the foregoing **Motion for an Extension of Time to File Appellant's Brief**, and swear that the matters contained in such motion are true and correct."

_____
WENDELL A. ODOM, JR.

**SWORN TO AND SUBSCRIBED** before me on this the 17ᵗʰ day of Sept., 2015, to which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

MARY C MOORE
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 3, 2016

5

---

IN THE COURT OF APPEALS
FOR THE FIRST
JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

---

ALBERT LYNCH, Appellant

VS.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 339th
Judicial District Court
Harris County, Texas
Trial Court Cause No. 1314602

---

## ORDER

On this day came on to be heard Appellant's **Motion for Extension of Time to File Appellant's Brief.**

It is the opinion of this Court that the **Motion to Extend Time to File Appellant's Brief** should be and is hereby **GRANTED**, and it is therefore **ORDERED, ADJUDGED** and **DECREED** that the Appellant's Brief is due to be filed in this Court on the _____ day of _____, 2015.

**SIGNED** on this the _____ day of _____, 2015.

 

 

_____
**JUDGE PRESIDING**

6